Gregory C. Nuti (Bar No. 151754)
gnuti@schnader.com
Joseph J. Orzano (Bar No. 262040)
jorzano@schnader.com
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA  94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Arlene M. Embrey
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., Seventh Floor
Washington, D.C.  20416
Telephone: (202) 205-6976
Facsimile: (202) 481-0324

Attorneys for United States Small Business Administration
in its capacity as Receiver for Pacific Mezzanine Fund, L.P.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC MEZZANINE FUND, L.P.,<br><br>　　　　　　Defendant. | Case No. 10-CV-04664-CW<br><br>**ORDER LIFTING JUDICIAL STAY OF PROCEEDINGS FOR LIMITED PURPOSE** |

Upon full consideration of the Motion of the United States Small Business Administration, as Receiver ("the Receiver") for Pacific Mezzanine Fund, L.P. ("Pacific"), for Entry of an Order Lifting the Judicial Stay for a Limited Purpose, and this Court being duly advised as to the merits,

**IT IS HEREBY ORDERED THAT:**

    1.    The Receiver's Motion is **GRANTED** in its entirety;

    2.    The judicial stay previously imposed in this proceeding by the Order of this Court entered November 15, 2010 is hereby lifted, to the extent it applies, for the specific, limited purpose of allowing the following cases currently pending in the United States Bankruptcy Court for the Southern District of Indiana to proceed to conclusion without further order of this Court:

    a.    Case No. 10-14954-FJO-7, styled <u>In re: ESI Environmental, Inc.</u>;

    b.    Case No. 10-14958-FJO-7, styled <u>In re: Ecological Systems, Inc.</u>; and

    c.    Case No. 10-14962-FJO-7, styled <u>In re: Central Systems, Inc.</u>

Dated: **1/26/2011**

_[signature]_

**HONORABLE CLAUDIA WILKEN**
UNITED STATES DISTRICT JUDGE

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700