Gregory C. Nuti (Bar No. 151754)
gnuti@schnader.com
Natalie Bush-Lents (Bar No. 253124)
nbush-lents@schnader.com
One Montgomery Street, Suite 2200
San Francisco, CA  94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Arlene M. Embrey
arlene.embrey@sba.gov
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., Suite 7200
Washington, D.C.  20416
Telephone (202) 205-6976
Facsimile (202) 481- 0324

Attorney for United States Small Business Administration
in its capacity as Receiver for Pacific Mezzanine Fund, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC MEZZANINE FUND, L.P.,<br><br>Defendant. | Case No. 10-cv-04664-CW (E-Filing)<br><br>**ORDER APPROVING THE RECEIVER'S RECOMMENDED DISPOSITION OF CLAIMS**<br><br>Date:         March 1, 2012<br>Time:        2:00 p.m.<br>Location:   1301 Clay Street<br>               Courtroom 2, 4th Floor<br>               Oakland, CA 94612<br>JUDGE:   Hon. Claudia Wilken |

Upon full consideration of the Motion of the U.S. Small Business Administration

as Receiver for Pacific Mezzanine Fund, L.P. for Entry of an Order Approving the

Receiver's Recommended Disposition of Claims ("Motion"), and this Court being duly advised as to the merits,

**IT IS HEREBY ORDERED THAT:**

1.      The Receiver's Motion for entry of an Order Approving its Recommended Disposition of Claims is GRANTED.

2.      The Receiver's Recommended Disposition of Claims and the Receiver's recommendations therein are **APPROVED**; and

3.    The Receiver is authorized to pay the following claims and expenses in the following order of priority, to the extent of available receivership assets, and the following claims are hereby **APPROVED**:

a.      First, to the payment of administrative expenses;

b.      Next, after administrative expenses have been paid in full, to the payment of Receiver's Certificates, if any;

c.      Next, after administrative expenses and Receiver's Certificates, if any, have been paid in full, payment on the judgment held by the United States Small Business Administration, currently totaling $20,389,747.44 with a post judgment per diem of $133.73;

d.      Next, after administrative expenses and Receiver's Certificates, if any, and SBA's judgment have been paid in full, the return of the investments of the general partner and limited partners of PMF as set forth in the PMF Agreement of Limited Partnership.

ORDER APPROVING MOTION FOR ENTRY OF AN ORDER APPROVING RECEIVER'S RECOMMENDED DISPOSITION OF CLAIMS

4.      This Order shall become a Final Order 30 days after service hereof by the Receiver with respect to any persons who do not file timely opposition, and all such persons, as well as all other persons who failed to file claims pursuant to the terms of this Court's August 3, 2011 Bar Date Order shall be forever barred and permanently enjoined from asserting, pursuing or prosecuting any pre-Bar Date Claim (i.e., arising before August 3, 2011) against PMF, the PMF Receiver, their successors and assigns, and/or assets or funds in the possession of the Receiver.

5.      The Receiver is ordered to serve copies of this Order on all claimants and parties of record.

**SO ORDERED** this ___28th___ day of __February__ , 2012.


_____
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge

ORDER APPROVING MOTION FOR ENTRY OF AN ORDER APPROVING RECEIVER'S RECOMMENDED DISPOSITION OF CLAIMS