Gregory C. Nuti (Bar No. 151754)
   gnuti@schnader.com
Natalie Bush-Lents (Bar No. 253124)
   nbush-Lents@schnader.com
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Arlene M. Embrey
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., Suite 7200
Washington, D.C. 20416
Telephone (202) 205-6976
Facsimile (202) 481- 0324

Attorneys for United States Small Business Administration
as Receiver for Pacific Mezzanine Fund, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>PACIFIC MEZZANINE FUND, L.P.<br><br>             Defendant. | Case No. 10-CV-04664-CW<br><br>**ORDER GRANTING MOTION FOR AN ORDER APPROVING AND CONFIRMING THE FIRST RECEIVER'S REPORT**<br><br>Date:        March 22, 2012<br>Time:       2:00 p.m.<br>Location:  Oakland Courthouse<br>                 Courtroom 2 – 4th Floor<br>                 1301 Clay Street<br>                 Oakland, CA 94612<br>Judge:     Hon. Claudia Wilken |

ORDER GRANTING MOTION FOR ENTRY OF AN ORDER APPROVING AND CONFIRMING THE FIRST
RECEIVER'S REPORT

This matter comes before the Court on the motion of the U.S. Small Business Administration ("SBA") as Receiver ("Receiver") for Pacific Mezzanine Fund, L.P. to re-open the case for entry of an order approving and confirming the First Receiver's Report for the Period November 15, 2010 through November 30, 2011, and this Court being duly advised as to the merits,

IT IS HEREBY ORDERED THAT:

1. The Receiver's Motion For Entry of an Order Approving and Confirming the First Receiver's Report is **GRANTED**; and

2. This Court APPROVES AND CONFIRMS the First Receiver's Report for the Period November 15, 2010 through November 30, 2011, and the actions and the activities of the Receiver as reported therein.

**IT IS SO ORDERED.**

Dated: 3/1/2012

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

1
ORDER GRANTING MOTION FOR ENTRY OF AN ORDER APPROVING AND CONFIRMING THE FIRST RECEIVER'S REPORT