Gregory C. Nuti (Bar No. 151754)
   GNuti@Schnader.com
T. Scott Tate (Bar No. 118427)
   STate@Schnader.com
Melissa S. Lor (Bar No. 245515)
   MLor@Schnader.com
Schnader Harrison Segal & Lewis LLP
650 California Street, 19th Floor
San Francisco, CA  94108-2736
Telephone: 415-364-6700
Facsimile: 415-364-6785

Arlene M. Embrey
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., Suite 7200
Washington, D.C.  20416
Telephone (202) 205-6976
Facsimile (202) 481- 0324

Attorneys for United States Small Business Administration
as Receiver for Pacific Mezzanine Fund, L.P.

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: 415-364-6700

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>PACIFIC MEZZANINE FUND, L.P.<br><br>             Defendant. | Case No. 10-CV-04664-CW<br><br>**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER APPROVING AND CONFIRMING THE RECEIVER'S FINAL REPORT AND DISCHARGING THE RECEIVER**<br><br>Date:        September 4, 2014<br>Time:       2:00 p.m.<br>Location:  Courtroom 2, 4th Floor<br>                 1301 Clay Street<br>                 Oakland, CA 94612<br>Judge:     Hon. Claudia Wilken |

This matter comes before the Court on the motion of the U.S. Small Business Administration ("SBA") as Receiver ("Receiver") for Pacific Mezzanine Fund, L.P. ("PMF") for entry of an order approving and confirming the Receiver's Final Report and discharging the Receiver, and this Court being duly advised as to the merits,

IT IS HEREBY ORDERED THAT:

1. The Receiver's Motion For Entry of an Order Approving and Confirming the Receiver's Final Report and Discharging the Receiver is **GRANTED**;

2. This Court APPROVES AND CONFIRMS the Receiver's Final Report for the December 1, 2012 through July 21, 2014, and the actions and the activities of the Receiver as reported therein;

3. Pacific Mezzanine Fund, L.P. has been dissolved;

4. A copy of this Order shall be served upon the former general partner and the limited partners of PMF upon notification of entry of this Order;

5. A copy of this Order, including notice of the dissolution of the PMF partnership, shall be served upon the respective federal, state and local tax offices, the Delaware Secretary of State and upon the registered agents for service of process;

6. The stay and injunction imposed by paragraphs 7 and 8 of the November 15, 2010 Receivership Order is lifted;

7. All claims against, and obligations of, (a) PMF, (b) the PMF receivership estate, (c) the PMF Receiver and its current and former agents and attorneys are discharged; and

8. SBA is discharged as Receiver, and the SBA, its employees, officers, agents, contractors, attorneys, and any other person who acted on behalf of the Receiver, are discharged and released from any and all claims, obligations and liabilities arising from or relating to the activities, conduct or management and operation of PMF, the PMF receivership and the PMF receivership estate.

Dated: _8/25/2014_

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

PHDATA 3316582_1

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: 415-364-6700